**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Fontaine Dantzler and Thelma Pannell, Husband, and Wife, Individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC, DaimlerChrysler Service Contracts, Inc., Stellanis N.V. f/k/a Fiat Chrysler Automobiles N.V., FCA North America Holdings LLC, FCA Holdco B.V, Fiat Chrysler Automobiles N.V., Chrysler Service Contracts, Inc., Old Carco Service Contracts, Inc., Chrysler Plymouth of Paramus Inc., Chrysler LLC, Daimler Chrysler Financial Services America LLC, Mopar Vehicle Protection, Lester Glenn Auto Group, ABC Corporations 1-10, and John Does 1 - 10,<br><br>　　　　　　　　Defendants. | Case No.: 2:21-CV-06961 – MCA-LDW<br><br>Civil Action |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)**

　　　PLEASE TAKE NOTICE that Plaintiffs file this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this instant action.

Dated: April 30, 2022

GAINEY McKENNA & EGLESTON

By: _____
Barry J. Gainey, Esq. (BJG 7560)
375 Abbott Road
Paramus, NJ 07652
Telephone: 201-225-9001
Facsimile: 201-225-9002
Email: bgainey@gme-law.com

SO ORDERED

　_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 5/13/22